UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-44 |
| | ) | (PHILLIPS/SHIRLEY) |
| LUKE A. MCLAUGHLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on Defendant Luke A. McLaughlin's Motion To Withdraw Pending Motions [Doc. 176], filed on November 14, 2007. The Defendant asks to withdraw his pending motions and to remove the suppression hearing set for November 16, 2007 at 10:30 a.m. from the Court's calendar. The following defense motions are pending:

> (1) Motion to Suppress Evidence Seized on December 7, 2005, [Doc. 84], filed on September 4, 2007;
>
> (2) Motion to Exclude Evidence Obtained on May 16, 2007, [Doc. 86] filed on September 5, 2007;
>
> (3) Motion to Adopt Co-Defendants' Motions, [Doc. 88], filed on September 6, 2007;
>
> (4) Motion to Exclude Evidence Obtained on December 7, 2005, [Doc. 89] filed on September 6, 2007.

Defendant's Motion To Withdraw Pending Motions **[Doc. 176]** is **GRANTED**. Accordingly, his pending motions [**Docs. 84, 86, 88, and 89**] are **DENIED as moot**. Additionally, the suppression hearing set before this Court on November 16, 2007 at 10:30 a.m. is hereby cancelled.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge